UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 5:19-cr-66-01 |
| ) | |
| JEREMIAH RUHL, ) | |
| Defendant. ) | |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 SEP -9 AM 8: 46

CLERK

BY_____
DEPUTY CLERK

## INFORMATION

### COUNT ONE

The United States Attorney charges:

Between in or about November 2015 to in or about December 2016, in the District of Vermont, defendant JEREMIAH RUHL knowingly possessed a firearm, in and affecting interstate commerce, that is, a Stevens (Savage), Model 9478, .410 shotgun (serial # D404943), after having been convicted of a crime punishable by a term of imprisonment exceeding one year and knowing that he had been convicted of such a crime.

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

## COUNT TWO

The United States Attorney further charges:

On or about March 18, 2016, in the District of Vermont, defendant JEREMIAH RUHL did hunt, kill, and take a migratory bird, that is, one American Crow (Corvus brachyrhynchos), while not being permitted to do so by the State of Vermont because his hunting license was then revoked.

(16 U.S.C. § § 703(a), 707(a); 50 C.F.R. §§ 10.13, 20.133(a); Vt. Tit. 10 § 4280)

## COUNT THREE

The United States Attorney further charges:

On or about April 18, 2016, in the District of Vermont, defendant JEREMIAH RUHL did possess a migratory bird, that is, one turkey vulture (Cathartes aura).

(16 U.S.C. § § 703(a), 707(a); 50 C.F.R. § 10.13)

## COUNT FOUR

The United States Attorney further charges:

On or about October 19, 2016, in the District of Vermont, defendant JEREMIAH RUHL did hunt, kill, and take a migratory bird, that is, one American woodcock (Scolopax minor), while not being permitted to do so by the State of Vermont because his hunting license was then revoked.

(16 U.S.C. § § 703(a), 707(a); 50 C.F.R. § 10.13; Vt. Tit. 10, § 4280)

_Christina E. Nolan_ (by JRP)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
September 9, 2019