Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

District of Vermont

Caption:
United States v.

Jeremiah Ruhl

Docket No.: 2:19-cr-66
William K. Sessions III
(District Court Judge)

Notice is hereby given that Jeremiah Ruhl appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)
entered in this action on November 5, 2021.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]
Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]
Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]
Date of sentence: November 1, 2021   N/A [ ]
Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Steven L. Barth |
| Counsel's Address: | 95 Pine Street, Suite 150 |
| | Burlington, VT 05401 |
| Counsel's Phone: | 802-862-6990 |
| Assistant U.S. Attorney: | Joe Perella |
| AUSA's Address: | 11 Elmwood Avenue, Third Floor |
| | Burlington, VT 05401 |
| AUSA's Phone: | 802-951-6725 |

Signature